UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

Pittsburgh, Pennsylvania Division

| | | |
|---|---|---|
| DAVID DESPOT, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. 15-15 |
| ALLIED INTERSTATE, INC., et al., | ) | |
| Defendants. | ) | |

## MOTION (February 23, 2015)

1.Plaintiff requests that this Honorable Court removes Ashwood Financial, Inc., Defendant, from this Civil Action No. 15-15.

2.Back in early 2014, the Plaintiff did not receive notification from Ashwood Financial, Inc., Defendant, that the applicable account was deleted from all of the credit reports of the Plaintiff back in early 2014.

3.On February 20, 2015, Ashwood Financial, Inc., Defendant, provided acceptable documentation to the Plaintiff.

4.Once again, Plaintiff requests that this Honorable Court removes Ashwood Financial, Inc., Defendant, from Civil Action No. 15-15.

Respectfully submitted,

*David Despot* (signature)

David Despot

CERTIFICATE OF SERVICE

I, David Despot, Plaintiff, hereby certify that on the 23th day of February, 2015, I served by Regular First Class U.S. mail the attached Motion (February 23, 2015) on the following parties:

**United States District Court for the
Western District of Pennsylvania
Pittsburgh, Pennsylvania Division**
United States Courthouse
Office of the Clerk of Court
Clerk of Court
700 Grant Street
Pittsburgh, PA 15219

Karen Neiswinger
Attorney at Law
5335 N. Tacoma Avenue, Suite 12
P.O. Box 551099
Indianapolis, IN 46205

*/s/ David Despot*

David Despot
February 23, 2015